IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT TERANCE WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC GARDNER,<br><br>Defendant. | CV 23-68-BLG-SPW-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter, and ask that it be reassigned.

DATED this 21st day of August, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge